**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Shermaine GERMAN, a.k.a. Shade,**
**Defendant–Appellant.**

No. 14–11412
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 14, 2014.

Ramona Albin, Michael B. Billingsley, Joyce White Vance, Lane H. Woodke, U.S. Attorney's Office, Birmingham, AL, David Estes, Russell Ellis Penfield, Huntsville, AL, for Plaintiff–Appellee.

Alison Wallace, Attorney at Law, Pelham, AL, Shermaine German, FCI Williamsburg–Inmate Legal Mail Salters, SC, for Defendant–Appellant.

Before TJOFLAT, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Shermaine German, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and German's conviction and sentence are **AFFIRMED.**